445 A.2d 99

**COMMONWEALTH of Pennsylvania,**

**v.**

**Purcell BRONSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 13, 1982.

Decided May 19, 1982.

Martin A. Ostrow, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Garrold Tennis, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.